Harry A. Zinn (CSB # 116397)
Stephanie M. Saito (CSB #188778)
BATE, PETERSON, DEACON, ZINN & YOUNG LLP
888 South Figueroa Street, 15th Floor
Los Angeles, CA  90017
Phone: (213) 362-1860
Fax: (213) 362-1861
hzinn@bpdzylaw.com
ssaito@bpdzylaw.com

Christopher L. Hilgenfeld (WSBA #36037)
DAVIS GRIMM PAYNE & MARRA
701 5th Avenue, Suite 4040
Seattle, WA  98104-7097
Phone: (206) 447-0182
Fax: (206) 622-9927
chilgenfeld@davisgrimmpayne.com

Attorneys for Defendant
PACIFIC COAST FEATHER
CUSHION COMPANY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO CUEVAS REVELES,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC COAST FEATHER CUSHION COMPANY, and DOES 1 through 100, inclusive,<br>Defendants. | Case No. CV 11-4813-DMG (CWx)<br><br>**ORDER RE DISMISSAL OF ACTION [23]** |

After considering the Stipulation of Dismissal With Prejudice of Plaintiff's Claims for Relief Against Defendant Pacific Coast Feather Cushion Company, IT IS HEREBY ORDERED THAT all of Plaintiff's claims against Defendant Pacific Coast Feather Cushion Company are hereby dismissed with prejudice.

**IT IS SO ORDERED**.

DATED:  April 19, 2012

_____
DOLLY M. GEE
United States District Judge